IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN,

      Plaintiff,                       No. CIV S-09-2316 EFB P

   vs.

S. L. SOUTHERHILL, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

////

////

////

1

Here, defendants appear to be located in Riverside County which is in the Central District of California. 28 U.S.C. § 84(c).  Therefore, in the interest of justice, this action is transferred to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

DATED:  November 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE